MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA L. SPEARS, | ) |
|     Plaintiff, | ) CIVIL NO. 11-cv-03516-JCS |
| v. | ) STIPULATION AND ORDER EXTENDING |
| MICHAEL J. ASTRUE, | ) TIME TO FILE THE CROSS-MOTION |
| Commissioner of Social Security, | ) FOR SUMMARY JUDGMENT |
|     Defendant. | ) |

1  IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval
2  of the Court, that Defendant shall have until February 6, 2012, to file a responsive brief. This extension
3  is requested because Defendant has a family emergency and will be out of the office from December 12,
4  2011 to January 12, 2012. This is Defendant's first request for an extension of time.

      Respectfully submitted,

/s/ Lawrence David Rohlfing *
LAWRENCE DAVID ROHLFING
Plaintiff's Attorney
*by Armand Roth by telephone authorization of 12/12/11*

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

Dated: December 12, 2011    By:  /s/ Armand D. Roth
ARMAND D. ROTH
Special Assistant United States Attorney

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED Dec. 13, 2011

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*

2