1   MELINDA L. HAAG
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX,
3   Social Security Administration

4   ARMAND D. ROTH
    Special Assistant United States Attorney
5   California Bar No. 214624
            333 Market Street, Suite 1500
6           San Francisco, CA 94105
            Telephone: (415) 977-8924
7           Fax: (415) 744-0134
            E-Mail: Armand.Roth@ssa.gov
8
    Attorneys for Defendant
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  VICTORIA L. SPEARS,              )
                                     )
15          Plaintiff,               )   CIVIL NO. 11-cv-03516-JCS
                                     )
16              v.                   )   STIPULATION AND ORDER EXTENDING
                                     )   TIME TO FILE THE  CROSS-MOTION
    MICHAEL J. ASTRUE,               )   FOR SUMMARY JUDGMENT
17  Commissioner of Social Security, )
                                     )
18          Defendant.               )
    _____)
19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have until February 6, 2012, to file a responsive brief.  This extension is requested because Defendant has a family emergency and will be out of the office from December 12, 2011 to January 12, 2012.  This is Defendant's first request for an extension of time.

Respectfully submitted,

/s/ Lawrence David Rohlfing *
LAWRENCE DAVID ROHLFING
Plaintiff's Attorney
* by Armand Roth by telephone authorization of 12/12/11

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

Dated: December 12, 2011        By:   /s/ Armand D. Roth
ARMAND D. ROTH
Special Assistant United States Attorney

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED _____Dec. 13, 2011_____

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Judge Joseph C. Spero